*Jury of merchants denied to try whether a conveyance was fraudulent.*

### EMERSON'S vs. M'CULLOUGH'S SYNDICS.

*Depeyster,* for the plaintiff, prayed for a special jury of merchants, and being asked what question would probably arise, answered the principal one was, whether a certain conveyance was not in fraud of creditors.

*By the Court.* This is not a mercantile question, but a matter of law.

SPECIAL JURY DENIED.